UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Misc. No.  15-17 |
| ) | |
| v. ) | (Related to Cr. No. 10-67) |
| ) | |
| WAYNE ALDRICH, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| ROYAL ALLIANCE ASSOCIATES, INC., ) | |
| and its successors and assigns, ) | ELECTRONICALLY FILED |
| ) | |
| Garnishee. ) | |

## ORDER OF COURT

AND NOW, this **18th** day of **Oct.**, 2015, upon consideration of the United States' Application for Writ of Garnishment, the Clerk of the United States District Court is hereby ordered to issue a Writ of Garnishment directed to Royal Alliance Associates, Inc.

*Maurice B. Cohill, Jr.*
UNITED STATES DISTRICT JUDGE